UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**REMELUS RA'MON RANKIN**                                                                 **PETITIONER**

**v.**                                                          **CIVIL ACTION NO. 1:24-cv-361-TBM-RPM**

**MAJOR FLOWERS**                                                                          **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 23rd day of September, 2025.

_____
TAYLOR B. MCNEEL
UNITED STATES DISTRICT JUDGE